# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| TIMOTHY MARLOW, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | Case No. 3:18-cv-509-ALB |
| LT. JOHNSON, *et al.*, | ) |  |
| Defendant. | ) |  |

## **ORDER**

On February 4, 2020, the Magistrate Judge entered a Recommendation (Doc. 19) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to provide the court a current address as ordered by this court.

Final Judgment will be entered separately.

**DONE** and **ORDERED** this 6th day of March 2020.

                                  /s/ Andrew L. Brasher
                              ANDREW L. BRASHER
                              UNITED STATES DISTRICT JUDGE